No. 96–8189.  YARBOROUGH v. KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 96–8190.  THORNTON v. ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 96–8195.  ROBINSON v. CITY OF CLEVELAND HEIGHTS, OHIO, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 96–8198.  BALDWIN v. GEORGE ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 96–8207.  SANDERS v. EDWARDS, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 96–8210.  JENKINS v. UNITED STATES POSTAL SERVICE.  C. A. 6th Cir.  Certiorari denied.

No. 96–8211.  REID v. OKLAHOMA.  C. A. 10th Cir.  Certiorari denied.

No. 96–8213.  BURNETT v. CHIPPEWA COUNTY BAR ASSN.  Ct. App. Mich.  Certiorari denied.

No. 96–8229.  BROUSSARD v. BURKETT.  C. A. 5th Cir.  Certiorari denied.

No. 96–8249.  DAWSON v. RICHMOND HEIGHTS LOCAL SCHOOL DISTRICT.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 96–8257.  WITTER v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 96–8279.  VADEN, AKA INGRAM v. POWELL, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 96–8285.  ELDRIDGE v. QUICK ET AL.  Ct. App. D. C.  Certiorari denied.

No. 96–8287.  GLENDORA v. HOSTETTER ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 96–8295.  LOHSE v. CHATER, COMMISSIONER OF SOCIAL SECURITY.  C. A. 10th Cir.  Certiorari denied.